IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SCOTTS BLUFF COUNTRY CLUB<br>and MICHAEL KLEIN,<br><br>　　　　　Defendants. | 4:20-CV-3013<br><br><br>ORDER |

The Court has been advised that the parties in this case have settled their claims. Accordingly,

IT IS ORDERED:

1. The February 23, 2022 hearing is cancelled.

2. On or before March 25, 2022, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

3. Absent compliance with this order, this case may be dismissed without further notice.

4. The Clerk of the Court shall set a dismissal papers deadline of March 25, 2022.

Dated this 23rd day of February, 2022.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge