IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>             Plaintiff,<br><br>vs.<br><br>SCOTTS BLUFF COUNTRY CLUB<br>and MICHAEL KLEIN,<br><br>             Defendants. | 4:20-CV-3013<br><br>JUDGMENT |

On the parties' joint stipulation for dismissal with prejudice (filing 175), this case and all claims made against the defendants are dismissed with prejudice, each party to pay their own fees and costs and complete record waived.

Dated this 8th day of April, 2022.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge